IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Civil Action No. 1:16-cv-1068 (KBJ) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant—the United States Department of Justice—hereby moves to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction, and in the alternative for failure to state a claim upon which relief can be granted. The reasons supporting Defendant's motion are set forth in the accompanying memorandum of law.

Dated: July 21, 2016

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/   Daniel Schwei*
DANIEL SCHWEI
Trial Attorney (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530

    Tel.:    (202) 305-8693  
    Fax:    (202) 616-8470  
    Email:    daniel.s.schwei@usdoj.gov

<u>Mailing Address:</u>  
Post Office Box 883  
Washington, D.C. 20044

<u>Courier Address:</u>  
20 Massachusetts Avenue N.W.  
Washington, D.C. 20001

*Counsel for Defendant*