IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:16-cv-1068 (KBJ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS:**

**INDEX OF EXHIBITS**

Exhibit 1:   Letter from Anne L. Weismann to Principal Deputy Assistant Attorney General Karl Remón Thompson (March 22, 2016)

Exhibit 2:   Letter from Deputy Assistant Attorney General John E. Bies to Anne L. Weismann (May 26, 2016)

Exhibit 3:   Memorandum for Attorneys of the Office, from David J. Barron, Acting Assistant Attorney General, Office of Legal Counsel, Re: Best Practices for OLC Legal Advice Written Opinions (July 16, 2010) *available at* http://.justice.gov/olc/pdf/olc-legal-advice-opinions.pdf