UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-1068 (KBJ) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
AND ENTRY OF REVISED BRIEFING SCHEDULE**

Pursuant to the Court's General Order and Guidelines for Civil Cases, *see* ECF No. 4, Plaintiff Campaign for Accountability hereby respectfully requests that the Court enter a revised briefing schedule in the above-captioned matter.

At the request of the parties, this Court entered a briefing schedule on July 13, 2016, requiring Defendant to file its motion to dismiss on or before July 21, 2016, Plaintiff to respond by August 15, 2016, and Defendant to file any reply by September 1, 2016.  Pursuant to this schedule, Defendant filed a motion to dismiss on July 21, 2016 (ECF 9).  Accordingly, Plaintiff's opposition is now due on or before August 15, 2016.

Since the parties conferred and agreed to this schedule, which the Court adopted, plaintiff's counsel has learned she must have surgery on August 10, 2016.  This surgery was scheduled just days ago, and will make it impossible for Plaintiff to file its brief on August 15, 2016.  Plaintiff's counsel therefore respectfully requests a one-week extension to allow adequate time for completing and filing Plaintiff's opposition.

Plaintiff's counsel and Defendant's counsel have conferred pursuant to L.C.v.R. 7(m), and Defendant does not oppose this request as long as Defendant is also granted an

additional week in which to file its reply.  With Defendant's consent, Plaintiff therefore proposes that the time for filing Plaintiff's opposition be extended to August 22, 2016, and Defendant's time for filing its reply be extended to September 8, 2016.

Plaintiff respectfully submits there is good cause for these revisions to the briefing schedule to accommodate the unexpected surgery of Plaintiff's counsel.  Defendant previously was granted an extension, jointly requested by both parties, to file its motion to dismiss.  This is the first extension Plaintiff has sought.  Further, the requested extension will have no impact on any other previously established deadlines in this case, and Defendant has consented to the schedule outlined above.

A proposed order reflecting the above schedule is attached hereto.

Wherefore, Plaintiff respectfully requests that this motion be granted.


Dated:  August 9, 2016                                         Respectfully submitted,

                                                     */s/ Anne L. Weismann*
                                                 Anne L. Weismann
                                                 D.C. Bar No. 298190
                                                 Campaign for Accountability
                                                 1201 Connecticut Avenue, N.W., Suite 300
                                                 Washington, D.C.  20036
                                                 (202) 780-5750

                                                 *Counsel for Plaintiff*