AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Campaign for Accountability ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:16-cv-01068-KBJ |
| U.S. Department of Justice ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Campaign for Accountability

Date:   06/19/2017

*Attorney's signature*

Jameel Jaffer (MI0067)
*Printed name and bar number*

Knight First Amendment Institute
at Columbia University
314 Low Library, 535 West 116th Street
New York, NY 10027
*Address*

jameel.jaffer@knightcolumbia.org
*E-mail address*

(212) 854-9600
*Telephone number*

*FAX number*