**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 16-cv-1068 (KBJ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This Court has considered Defendant's Motion to Dismiss (ECF No. 9), the memoranda of law that the parties submitted with respect to that motion, (*see* ECF Nos. 9-1, 11, 12), the Joint Status Report that the parties filed following the D.C. Circuit's decision in *Citizens for Responsibility and Ethics in Washington v. Department of Justice*, 846 F.3d 1235 (D.C. Cir. 2017) (*see* ECF No. 15), and the parties' arguments at the Court's motion hearing of July 18, 2017.  The Court has reached the following conclusion regarding the disposition of Defendant's motion; its reasoning will be set forth in a Memorandum Opinion to be issued shortly, absent unforeseen circumstances.

It is hereby

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED**, and that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.  The Court will permit Plaintiff to file an amended complaint, if it chooses to do so, to attempt to cure the deficiencies that the Court will explain in its Memorandum Opinion.  The Court will issue a separate Order, contemporaneously with issuing its Memorandum

Opinion, that sets a deadline for Plaintiff to file any amended complaint.  Should Plaintiff fail to file an amended complaint on or before that date, then, on that date, the case will stand dismissed.

     This is not a final, appealable order.  *See Ciralsky v. CIA*, 355 F.3d 661, 666–67 & n.1 (D.C. Cir. 2004).

DATE:  September 29, 2017

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge