**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:16-cv-1068 (KBJ) |

**JOINT STATUS REPORT**

This Court's order of December 1, 2017 directed the parties to file a joint proposed schedule for further proceedings in this matter. *See* ECF No. 26 at 9. The parties have conferred, and Defendant has stated that it intends to file a renewed motion to dismiss the Amended Complaint (ECF No. 22). Accordingly, the parties respectfully propose to proceed as follows:

- February 13, 2018: Defendant's Motion to Dismiss
- March 6, 2018: Plaintiff's Opposition
- March 20, 2018: Defendant's Reply

Per the Court's order, the parties have also attached the Office of Legal Counsel's letter in response to Plaintiff's original request as clarified by the Amended Complaint, along with two opinions of the Office of Legal Counsel that the Office determined were appropriate for discretionary release.

Respectfully submitted,

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br><br>JESSIE K. LIU<br>United States Attorney | /s/ Alex Abdo<br>Alex Abdo<br>Jameel Jaffer<br>Knight First Amendment Institute<br> at Columbia University<br>314 Low Library |

ELIZABETH J. SHAPIRO
Deputy Branch Director

  /s/ Daniel Schwei
DANIEL SCHWEI
Senior Trial Counsel (N.Y. Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel.:    (202) 305-8693
Fax:    (202) 616-8470
Email:  daniel.s.schwei@usdoj.gov

*Counsel for Defendant*


January 23, 2018

535 West 116th Street
New York, NY 10027
(212) 854-9600
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff*