AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▾

| | |
|---|---|
| Campaign for Accountability | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:16-cv-01068-KBJ |
| U.S. Department of Justice | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Campaign for Accountability                                                                .

Date:    05/08/2020

s/ Anna Diakun
*Attorney's signature*

Anna Diakun
*Printed name and bar number*
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115

*Address*

anna.diakun@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

(646) 661-3361
*FAX number*