# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   No. 16-cv-1068 (KBJ) ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 29) is **GRANTED IN PART and DENIED IN PART**.


DATE: September 11, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge