AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CAMPAIGN FOR ACCOUNTABILITY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-01068-KBJ |
| U.S. DEPARTMENT OF JUSTICE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 12/2/2020

s/ Stephanie Krent
*Attorney's signature*

Stephanie Krent (NY Bar No. 5535414)
*Printed name and bar number*

475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

stephanie.krent@knightcolumbia.org
*E-mail address*

646-745-8500
*Telephone number*

646-661-3361
*FAX number*