UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>     Defendant. | No. 1:16-cv-1068 (KBJ) |

**CONSENT MOTION FOR EXTENSION OF DEADLINE**

Defendant United States Department of Justice ("Defendant") respectfully moves for a 45 day extension of the parties' February 12, 2021 deadline to file a further joint status report. The parties met and conferred by email on January 4-5, 2021. Plaintiff Campaign for Accountability consents to this motion.

The parties have conferred and believe that they can work jointly to develop an adequate factual record for summary judgment without the need for discovery at this time. *See* Joint Status Report (ECF No. 49). Defendant's current deadline to share a draft statement of facts with Plaintiff is January 8, 2021.

Good cause supports the Defendant's motion for an extension. The Presidential Transition has placed unexpectedly-significant short-term demands on the resources of the Office of Legal Counsel. This would be the first extension of the parties' deadlines to draft a factual record for summary judgment.

Accordingly, the Defendant requests a 45 day extension of the parties' deadline to file a joint status report. Defendant will share a draft statement of facts with Plaintiff by February 22, 2021. Plaintiff will provide its response and any requests for modifications to the statement to

1

Defendant by March 8, 2021. After consulting, the parties will file a Joint Status Report by March 29, 2021, to advise the Court of whether and when the parties are prepared to proceed to summary judgment.

DATED: January 5, 2021                    Respectfully submitted,

 

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (Maine Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Email: Brian.C.Rosen-Shaud@usdoj.gov

*Counsel for Defendant*