UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:16-cv-1068 (KBJ) |

**CONSENT MOTION FOR EXTENSION OF DEADLINE**

Defendant United States Department of Justice ("Defendant") respectfully moves for a 7 day extension of the parties' March 29, 2021 deadline to file a further joint status report. The parties met and conferred by email on February 19, 2021. Plaintiff Campaign for Accountability consents to this motion.

The parties have conferred and believe that they can work jointly to develop an adequate factual record for summary judgment without the need for discovery at this time. *See* Joint Status Report (ECF No. 49).

Good cause supports the Defendant's motion for an extension. The Presidential Transition has placed significant demands on the resources of the Office of Legal Counsel. This would be the second extension of the parties' deadlines to draft a factual record for summary judgment.

Accordingly, the Defendant requests a 7 day extension of the parties' deadline to file a joint status report. Defendant will share a draft statement of facts Plaintiff by March 8, 2021. Plaintiff will provide its response and any requests for modifications to the statement to Defendant by March 22, 2021. After consulting, the parties will file a Joint Status Report by

1

April 5, 2021, to advise the Court of whether and when the parties are prepared to proceed to summary judgment.

| | |
|---|---|
| DATED: February 19, 2021 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| | */s/ Brian Rosen-Shaud*<br>BRIAN C. ROSEN-SHAUD<br>Trial Attorney (Maine Bar No. 006018)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St NW<br>Washington, D.C. 20005<br>Telephone: (202) 305-7667<br>Email: Brian.C.Rosen-Shaud@usdoj.gov |
| | *Counsel for Defendant* |

2