UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 1:16-cv-1068 (KBJ) |

**FOURTH JOINT STATUS REPORT**

Pursuant to the Court's April 27, 2021 Order, Plaintiff Campaign for Accountability ("Plaintiff") and Defendant United States Department of Justice ("Defendant") respectfully submit this Fourth Joint Status Report to address further proceedings in this case and to propose a briefing schedule. The parties met and conferred telephonically on April 30, 2021, and by email on May 6, May 7, May 13, May 21, and May 24, 2021.

The parties have finalized a joint stipulation of fact which they anticipate will obviate the need for discovery at this juncture, and are prepared to file cross-motions for summary judgment. The parties propose the following briefing schedule:

- **July 9, 2021:** Defendant files its motion for summary judgment and any supporting materials, including the parties' joint stipulation of fact.

- **August 6, 2021:** Plaintiff files its cross-motion for summary judgment and response to Defendant's motion for summary judgment.

- **September 2, 2021:** Defendant files its response to Plaintiff's motion and reply in further support of its motion.

- **September 22, 2021:** Plaintiff files its reply in further support of its motion.

1

The parties thank the Court for its consideration of this matter.

DATED: May 24, 2021                                Respectfully submitted,

   /s/ Alex Abdo
Alex Abdo, *Pro Hac Vice*
Stephanie Krent, *Pro Hac Vice*
George Wang, *Pro Hac Vice*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

*/s/ Brian C. Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (Maine Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone:  (202) 305-7667
Email: Brian.C.Rosen-Shaud@usdoj.gov

*Counsel for Defendant*