# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | No. 1:16-cv-1068 |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion to dismiss, and any response and reply thereto, it is hereby ORDERED that Defendant's motion is GRANTED.

Dated: _____　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　United States District Judge