**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CAMPAIGN FOR ACCOUNTABILITY,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

No. 1:16-cv-1068

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that the undersigned attorney, Xiangnong Wang, withdraws his appearance as counsel for Plaintiff in this matter, as August 6, 2021 will be his last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight First Amendment Institute at Columbia University will continue to represent Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

Respectfully submitted,

*/s/ Xiangnong Wang*

Xiangnong Wang
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
george.wang@knightcolumbia.org

Dated: August 5, 2021

**CERTIFICATE OF SERVICE**

I, Xiangnong Wang, hereby affirm that on this August 5, 2021, I caused the foregoing Notice of Withdrawal of Appearance as Counsel for Plaintiff to be served on all parties via this Court's Electronic Case Filing system.

Dated: August 5, 2021

*/s/ Xiangnong Wang*
Xiangnong Wang