UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 1:16-cv-1068 (JMC) |

**PLAINTIFF'S MOTION TO SET A DATE FOR ORAL ARGUMENT**

Plaintiff Campaign for Accountability ("CfA") respectfully moves the Court to set a date for oral argument on the merits of the parties' cross-motions for summary judgment. *See* ECF Nos. 57, 59. Counsel for CfA has conferred with counsel for the government, and the government takes no position on the motion.

CfA initially filed this suit on June 8, 2016, alleging that the Office of Legal Counsel's failure to proactively publish its formal written opinions violates the affirmative disclosure provision of the Freedom of Information Act, 5 U.S.C. § 552, which requires agencies to publish, among other things, "final opinions . . . made in the adjudication of cases" and "statements of policy and interpretations which have been adopted by the agency." *See id.* § 552(a)(2); ECF No. 1. The case was initially before then–Judge Ketanji Brown Jackson. The Court granted the government's first motion to dismiss but permitted CfA to amend its complaint. CfA filed its Amended Complaint—the one that is now operative—on October 17, 2017. ECF No. 22. The government again moved to dismiss, and the Court held oral argument on July 20, 2018. ECF No. 33. On September 11, 2020, the Court granted the government's motion in part and denied it in

1

part, concluding that CfA had stated a claim for relief with respect to the OLC's failure to proactively publish one category of its formal written opinions—those resolving interagency disputes. ECF No. 40. The parties then cross-moved for summary judgment with respect to that category of OLC opinions, and those motions have been fully briefed since November 8, 2021. Then-Judge Jackson was confirmed to the D.C. Circuit Court of Appeals on June 14, 2021, and this case was eventually reassigned on November 15, 2021.

CfA respectfully asks the Court to exercise its discretion to set oral argument in this case, if the Court believes doing so would aid in its resolution of the pending motions. CfA believes that oral argument would be helpful given the complexity of the legal issues raised in the parties' cross-motions, and the important rule-of-law principles implicated by the OLC's failure to publish opinions that constitute the executive branch's authoritative interpretations of the law.

Counsel for CfA will make themselves available for oral argument at the Court's convenience.

| | |
|---|---|
| January 11, 2023 | Respectfully submitted, |
| | /s/ *Stephanie Krent* |
| | Stephanie Krent, *Pro Hac Vice* |
| | Alex Abdo, *Pro Hac Vice* |
| | Jameel Jaffer |
| | Knight First Amendment Institute |
| | at Columbia University |
| | 475 Riverside Drive, Suite 302 |
| | New York, NY 10115 |
| | T: 646.745.8500 |
| | stephanie.krent@knightcolumbia.org |
| | |
| | *Counsel for Plaintiff* |