## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | No. 1:16-cv-1068 (JMC) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's motion to set a date for oral argument in this action, it is hereby **ORDERED** that the motion is **GRANTED**.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jia M. Cobb
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge