# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>                   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                   Defendant. | Civil Action No. 16-1068 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendant's motion for summary judgment, ECF 57, is **DENIED**, and that Plaintiff's cross-motion for summary judgment, ECF 59, is **GRANTED**.

The Parties are **DIRECTED** to confer and submit a status report by May 17, 2024, with a proposed schedule for further proceedings, including the release of responsive records.

This is a final appealable Order.

**SO ORDERED.**

                                                                               _____
                                                                               JIA M. COBB
                                                                               United States District Judge

Date: April 19, 2024

1