UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 1:16-cv-1068 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 19, 2024 Order, Plaintiff Campaign for Accountability ("Plaintiff") and Defendant United States Department of Justice ("Defendant") respectfully submit this joint status report to address further proceedings in this case.

The parties met and conferred on April 30, 2024, and agree that any proposals for future proceedings in this case will be significantly informed by the government's decision about whether to appeal the Court's April 19, 2024 decision denying Defendant's motion for summary judgment and granting Plaintiff's cross-motion for summary judgment. Any decision to appeal must be authorized by the Solicitor General, who is entitled to 60 days in which to make an appeal determination. *See* Fed. R. of App. Proc. 4(a)(1)(B). Accordingly, a notice of appeal in this case must be filed by June 18, 2024. The parties, therefore, propose that they file a further joint status report on or before June 20, 2024, with a proposed schedule for further proceedings, including the release of responsive records.

DATED: April 30, 2024            Respectfully submitted,

/s/ *Alex Abdo*
Alex Abdo, *Pro Hac Vice*
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (Maine Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Email: Brian.C.Rosen-Shaud@usdoj.gov

*Counsel for Defendant*