UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 1:16-cv-1068 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 2, 2024 Minute Order, Plaintiff Campaign for Accountability and Defendant United States Department of Justice respectfully submit this joint status report to address further proceedings in this case.

On June 18, 2024, Defendant filed a notice of appeal, ECF No. 70, of the Court's April 19, 2024 final appealable Order, ECF No. 68. The parties met and conferred the same day. The parties jointly request that this Court stay district court proceedings pending the appeal. The parties further propose that the parties file a joint status report within 14 days of the conclusion of appellate proceedings.

Dated: June 20, 2024

Respectfully submitted,

*/s/ Alex Abdo*
Alex Abdo, Pro Hac Vice
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org
*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (Maine Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Email: Brian.C.Rosen-Shaud@usdoj.gov

*Counsel for Defendant*