UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:16-cv-1068 (JMC) |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Plaintiff Campaign for Accountability appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered on September 29, 2017 (ECF No. 18), granting Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 9), and the Memorandum Opinion and Order of this Court entered on September 11, 2020 (ECF Nos. 40, 41), granting in part and denying in part Defendant's Renewed Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 29).

Defendant has filed a notice of appeal (ECF No. 70), which was docketed in the Court of Appeals on June 20, 2024, *see* No. 24-5163 (D.C. Cir.).

Respectfully submitted,

/s/ Alex Abdo
Alex Abdo, *Pro Hac Vice*
Stephanie Krent, *Pro Hac Vice*
Jameel Jaffer (Bar ID MI0067)
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff*

June 28, 2024