UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | No. 1:16-cv-1068 (JMC) |

NOTICE OF WITHDRAWAL

Please take notice that Brian C. Rosen-Shaud hereby notices his withdrawal as counsel of record for the Defendant. Defendant will continue to be represented by Daniel Schwei, who first appeared in this case on or about July 11, 2016.

Dated: August 5, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Brian Rosen-Shaud
BRIAN C. ROSEN-SHAUD
Trial Attorney (Maine Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-7667
Email: Brian.C.Rosen-Shaud@usdoj.gov

*Counsel for Defendant*